DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

B.D.,

Appellant,

v.

DEPARTMENT of CHILDREN and FAMILIES,

Appellee.

No. 2D2025-1716

————————————————

May 27, 2026

Appeal from the Department of Children and Families.

D.B. pro se.

Christopher J. Vignieri, of Department of Children and Families, for
Appellee Department of Children and Families.


PER CURIAM.

    Affirmed.

KELLY, MORRIS, and ATKINSON, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.